```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
```

In re:                                                        Case No. 20-00284-RNO
John Hebal, Jr.                                               Chapter 13
        Debtor                  **CERTIFICATE OF NOTICE**

District/off: 0314-5       User: AutoDocke        Page 1 of 2         Date Rcvd: Mar 11, 2020
                           Form ID: ntcnfhrg      Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2020.
```
db              +John Hebal, Jr.,    1050 N. James St.,    Hazleton, PA 18202-1758
cr              +PNC Bank N.A,    P.O. Box 94982,    Cleveland, OH 44101-4982
5294986        ++CREDIT PROTECTION ASSOCIATION LP,    PARKWAY CENTER V,    2500 DALLAS PARKWAY SUTIE 500,
                 PLANO TX 75093-4805
                 (address filed with court: Credit Protection Assoc.,    1355 Noel Road, Suite 2100,
                 Dallas, TX 75240)
5294985         +Chase Auto Loan Payment,    Attn: Chase Recovery Payment,    P.O. Box 901079,
                 Forth Worth, TX 76101-2079
5294987         +Debra Day,    1050 N. James St.,    Hazleton, PA 18202-1758
5294989         +Debt Recovery Solutions,    PO Box 9001,    Westbury, NY 11590-9001
5294988         +Debt Recovery Solutions,    6800 Jericho Turnpike, Ste. 113F,    Syosset, NY 11791-4401
5294990         +Falcone Oral & Maxillofacial Surgery, PC,    668 N. Church St., Ste. 10,
                 Hazleton, PA 18201-3189
5307662         +Greater Hazleton Joint Sewer Auth,    c/o Joseph D Ustynoski Esq,    101 West Broad St Ste 205,
                 Hazleton, PA 18201-6303
5294991         +Greater Hazleton Joint Sewer Authority,    500 Oscar Thomas Drive,    P.O. Box 651,
                 Hazleton, PA 18201-0651
5294992         +Hazle Township Refuse,    P.O. Box 24,    Lattimer Mines, PA 18234-0024
5294993          Hazleton City Authority,    400 E. Arthur Gardner Pkwy.,    Hazleton, PA 182010-7395
5294994          Humana,    P.O. Box 371400,    Pittsburgh, PA 15250-7400
5294995         +IC Systems,    P.O. Box 64378,    Saint Paul, MN 55164-0378
5294997         +KML Law Group, P.C,    Suite 5000, BNY Mellon Independence Ctr.,    701 Market St.,
                 Philadelphia, PA 19106-1538
5294998         +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
5294999         +Luzerne County Tax Claim Bureau,    1170 Highway 315, Suite 5,    Plains, PA 18702-6906
5295001         +Municipal Authority of Hazle Township,    P.O. Box 502,    Harleigh, PA 18225-0502
5295002         +Northeast Revenue Service, LLC,    200 North River St.,    Wilkes-Barre, PA 18711-1004
5295004          PNC Bank, N.A.,    P.O. Box 97982,    Cleveland, OH 44101
5295005          PNC Bank, N.A.,    332 Newmark Dr.,    Miamisburg, OH 45342
5295006          PPL Electric Utilities,    827 Hausman Rd.,    Allentown, PA 18104-9392
5295007         +Service Electric Cablevision,    380 Maplewood Dr.,    Hazle Twp, PA 18202-8200
5295008         +Vantage Trust FCU,    881 Mundy St.,    Wilkes-Barre, PA 18702-6939
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5294983         +E-mail/Text: mnapoletano@ars-llc.biz Mar 11 2020 19:32:44      Ability Recovery Svcs. LLC,
                 P.O. Box 4031,    Wyoming, PA 18644-0031
5294984         +E-mail/Text: bk.notifications@jpmchase.com Mar 11 2020 19:32:22      Chase Auto Finance,
                 National Bankruptcy Dept.,    201 N. Central Ave., AZ1-1191,    Phoenix, AZ 85004-1071
5295000         +E-mail/Text: bankruptcydpt@mcmcg.com Mar 11 2020 19:32:28      Midland Funding, LLC,
                 2365 Northside Drive, Ste. 300,    San Diego, CA 92108-2709
5295003         +E-mail/PDF: cbp@onemainfinancial.com Mar 11 2020 19:40:06
                 OneMain Financial Bankruptcy Dept.,    P.O. Box 6042,    Sioux Falls, SD 57117-6042
5295009         +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 11 2020 19:31:32
                 Verizon Bankruptcy Dept.,    500 Technology Drive,    Suite 550,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5294996*        +John Hebal, Jr.,    1050 N. James St.,    Hazleton, PA 18202-1758
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020                          Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2020 at the address(es) listed below:

          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          James Warmbrodt   on behalf of Creditor   PNC Mortgage, a division of PNC Bank, National Association bkgroup@kmllawgroup.com
          Tullio DeLuca   on behalf of Debtor 1 John Hebal, Jr. tullio.deluca@verizon.net
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov

                                                                                      TOTAL: 4

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| John Hebal Jr., aka John Hebal, | Chapter 13 |
| **Debtor 1** | Case No. 5:20−bk−00284−RNO |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **April 29, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom #2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: May 6, 2020 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: ChristopherGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 11, 2020 |

ntcnfhrg (03/18)