# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 20-00284** |
| **John Hebal, Jr. AKA John Hebal** | : | **Chapter 13** |
| | : | **Judge Robert N. Opel II** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Date and Time of Hearing** |
| **Movant,** | : | _____ |
| vs | : | |
| | : | **Place of Hearing** |
| **John Hebal, Jr. AKA John Hebal** | : | **274 Max Rosenn U.S. Courthouse** |
| **Debra Day** | : | **197 South Main Street** |
| | : | **Wilkes-Barre, PA, 18701** |
| **Charles J. DeHart III** | : | |
| **Respondents.** | | **Related Document #** |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for JPMorgan Chase Bank, N.A., its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

        Respectfully submitted,

        /s/ Karina Velter
        Karina Velter, Esquire (94781)
        Adam B. Hall (323867)
        Sarah E. Barngrover (323972)
        Manley Deas Kochalski LLC
        P.O. Box 165028
        Columbus, OH 43216-5028
        Telephone: 614-220-5611
        Fax: 614-627-8181
        Attorneys for Creditor
        The case attorney for this file is Karina Velter.
        Contact email is kvelter@manleydeas.com

20-012213_PS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 20-00284** |
| **John Hebal, Jr. AKA John Hebal** | : | **Chapter 13** |
| | : | **Judge Robert N. Opel II** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Date and Time of Hearing** |
| **Movant,** | : | _____ |
| **vs** | : | |
| | : | **Place of Hearing** |
| **John Hebal, Jr. AKA John Hebal** | : | **274 Max Rosenn U.S. Courthouse** |
| **Debra Day** | : | **197 South Main Street** |
| | : | **Wilkes-Barre, PA, 18701** |
| **Charles J. DeHart III** | : | |
| **Respondents.** | | **Related Document #** |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Charles J. DeHart III, Chapter 13 Trustee, dehartstaff@pamd13trustee.com

Tullio DeLuca, Attorney for John Hebal, Jr. AKA John Hebal, tullio.deluca@verizon.net

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

John Hebal, Jr. AKA John Hebal, 1050 N. James St., Hazleton, PA 18202

Debra Day, 1050 N James St, Hazle Township, PA 18202

/s/ Karina Velter
_____

20-012213_PS