

PNC Bank
B6-YM14-01-8
P.O. Box 1820
Dayton, OH 45401-1820

05/05/2023

U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

197 South Main Street ,
Wilkes-Barre, PA - 18701

Debtor John Hebal Jr

Case Number 20-00284

Dear Bankruptcy Court:

John Hebal Jr          is the mortgagor on PNC Mortgage loan xxxxxx 8462

Please withdraw the Notice of Mortgage Payment Change  that was filed on 05/05/2023 as it was filed in error.

If there are any questions concerning this request please feel free to contact me at

1-866-754-0659. Thank you in advance for your assistance in this matter.

Sincerely,

/s/ Jodi Porter
_____

Bankruptcy Specialist