UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
****************************************************************************

| | |
|---|---|
| IN RE: : | |
| JOHN HEBAL, JR : | CHAPTER 13 |
| : | CASE NO. 5:20-00284 |
| : | |
| Debtor : | |

****************************************************************************

PNC BANK, NATIONAL ASSOCIATION :
                Movant   :
   :
   vs.   :
JOHN HEBAL, JR   :
            Respondents   :

****************************************************************************

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party(parties). This is a first request for a continuance

Reason for continuance: **The parties are in the process of resolving the matter and additional time is needed.**

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.


Dated: August 25, 2023            /s/Tullio DeLuca
                                                  Attorney for John Hebal, Jr.
                                                  Name: Tullio DeLuca, Esq.
                                                  Phone No. (570) 347-7764

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
****************************************************************************

IN RE: :
JOHN HEBAL, JR : CHAPTER 13
: CASE NO. 5:20-00284
:
Debtor :
****************************************************************************
PNC BANK, NATIONAL ASSOCIATION :
Movant :
:
vs. :
JOHN HEBAL, JR :
Respondents :

****************************************************************************
**CERTIFICATE OF SERVICE**
****************************************************************************

The undersigned hereby certifies that on August 25, 2023, he caused a true and correct copy of Debtor's Request to Continue Hearing/Trial to be served Via electronic filing on the following CM/ECF participants:

    Jack N. Zaharopoulos, Esquire
    info@pamd13trustee.com

    Michael Farrington, Esq.
    mfarrington@kmllawgroup.com

Date of Mailing:  August 25, 2023      /s/Tullio DeLuca
    Tullio DeLuca, Esquire