# TULLIO DeLUCA

**ATTORNEY-AT-LAW**
381 N. 9TH AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

December 7, 2023

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

> **In Re: John Hebal**
> **Chapter 13 Bankruptcy**
> **Case No. 5:20-00284**

Dear Sir/Madam:

I have received returned mail for Credit Protection Association, LLC , a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was2500 Dallas Parkway, Suite 500, Plano, TX 75093-4867. The correct information is as follows:

> Credit Protection Association, LLC
> 14001 Dallas Pkwy
> Dallas. TX 75240

I served the Notice and 4th Amended Plan at the above address on November 1, 2023. Please correct the mailing matrix.

Thank you for assistance in this matter.

Very truly yours,

/s/ Tullio DeLuca, Esquire

TD/km