# TULLIO DeLUCA
ATTORNEY-AT-LAW
381 N. 9TH AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

January 5, 2024

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

   In Re: John Hebal, Jr.
   **Chapter 13 Bankruptcy**
   **Case No. 5:20-00284**

Dear Sir/Madam:

 I have received returned mail for **Credit Protection Association, LLC,** a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: 1400 Dallas Pkwy, Dallas, TX 75240. The correct information is as follows:

   Credit Protection Association, LLC
   13355 Noel Road, 21st Floor
   One Galleria Tower
   Dallas, TX 75240

I served the final decree bankruptcy at the above address on November 1st, 2023. Please correct the mailing matrix.

 Thank you for assistance in this matter.

      Very truly yours,

      /s/ Tullio DeLuca, Esquire

TD/as