# TULLIO DeLUCA
ATTORNEY-AT-LAW
381 N. 9TH AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

January 9, 2024

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        In Re: John Hebal, Jr.
        Chapter 13 Bankruptcy
        Case No. 5:20-bk-00284

Dear Sir/Madam:

    I have received returned mail for **Debt Recovery Solutions,** a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: P.O. Boc 9001 Westbury, NY 11590-9001. The correct information is as follows:

    Debt Recovery Solutions
    284 Main St
    Dupont, PA 18641

I served the Notice to Creditors at the above address on November 1, 2023. Please correct the mailing matrix.

    Thank you for assistance in this matter.

        Very truly yours,

        /s/ Tullio DeLuca, Esquire

TD/as