**TULLIO DeLUCA**
ATTORNEY-AT-LAW
381 N. 9TH AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

January 25, 2024

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        In Re: John Hebal, Jr.
             Chapter 13 Bankruptcy
             Case No. 5:20-00284

Dear Sir/Madam:

    I have received returned mail for **Genesis Financial Solutions,** a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: 8705 SW Nimbus Ave., Ste 3 Beaverton, OR 97008-4000. The correct information is as follows:

        Genesis Financial Solutions
        14600 NW Greenbrier Pkwy
        Beaverton, Oregon 97006

I served the Order at the above address on January 4th, 2024. Please correct the mailing matrix.

Thank you for assistance in this matter.

                Very truly yours,

                /s/ Tullio DeLuca, Esquire

TD/as