# TULLIO DeLUCA
### ATTORNEY-AT-LAW
381 N. 9TH AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

February 19, 2024

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

      **In Re: John Hebal, Jr.**
      **Chapter 13 Bankruptcy**
      **Case No. 5:20-00284**

Dear Sir/Madam:

    I have received returned mail for Nationwide Credit, Inc,, a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was 14001 Dallas Pkwy Dallas, TX 75240. The correct information is as follows:

      Credit Protection Association
      13355 Noel Road, Suite 2100
      Dallas, TX 75240

I served the Notice to Creditors at the above address on November 1st, 2023. Please correct the mailing matrix.

Thank you for assistance in this matter.

              Very truly yours,

              *Tullio DeLuca*

              /s/ Tullio DeLuca, Esquire

TD/as