# TULLIO DeLUCA
### ATTORNEY-AT-LAW
381 N. 9TH AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

February 19, 2024

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        **In Re: John Hebal, Jr.**
        **Chapter 13 Bankruptcy**
        **Case No. 5:20-00284**

Dear Sir/Madam:

    I have received returned mail for Credit Protection Association, a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was 14001 Dallas Pkwy Dallas, TX 75240. The correct information is as follows:

        Credit Protection Association
        13355 Noel Road, Suite 2100
        Dallas, TX 75240

I served the Notice to Creditors at the above address on November 1st, 2023. Please correct the mailing matrix.

Thank you for assistance in this matter.

        Very truly yours,

        /s/ Tullio DeLuca, Esquire

TD/as