# TULLIO DeLUCA
ATTORNEY-AT-LAW
381 N. 9ᵀᴴ AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

April 17, 2024

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

In Re: John Hebal, Jr.
Chapter 13 Bankruptcy
Case No. 5:20-00284

Dear Sir/Madam:

I have received returned mail for **Credit Protection Association, LLC,** a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: 13355 Noel Road, 21st Floor One Galleria Tower Dallas, TX 75240. The correct information is as follows:

Credit Protection Association, LLC
14001 Dallas Pkwy
Dallas, TX 75240

I served the Notice of Amended Plan at the above address on February 16th, 2024. Please correct the mailing matrix.

Thank you for assistance in this matter.

Very truly yours,

/s/ Tullio DeLuca, Esquire

TD/as