**TULLIO DeLUCA**
ATTORNEY-AT-LAW
381 N. 9ᵀᴴ AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

April 17, 2024

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

> **In Re: Teddi Sutherland**
> **Chapter 13 Bankruptcy**
> **Case No.5:22-bk-01400**

Dear Sir/Madam:

I have received returned mail for Best Egg, a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was 4315 Pickett Road, PO Box 3999 St. Louis, MO 63135-0599. The correct information is as follows:

> Best Egg
> 1523 Concord Pike, Ste 201
> Wilmington, DE 19803

I served the Order Confirming Amended Plan at the above address on February 15ᵗʰ, 2024. Please correct the mailing matrix.

Thank you for assistance in this matter.

Very truly yours,

Tullio DeLuca, Esquire

TD/as