# TULLIO DeLUCA
### ATTORNEY-AT-LAW
381 N. 9TH AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

August 2, 2024

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        In Re: John Hebal, Jr.
             Chapter 13 Bankruptcy
             Case No. 5:20-00284

Dear Sir/Madam:

    I have received returned mail for **Credit Protection Association, LLC,** a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: PO Box 802068 Dallas, TX 75380. The correct information is as follows:

        Valor Intelligent Processing
        PO Box 959
        Orange Park, FL 32067

I served the Notice of Opportunity to Object at the above address on August 2, 2024. Please correct the mailing matrix.

Thank you for assistance in this matter.

        Very truly yours,

        /s/ Tullio DeLuca, Esquire

TD/as