| Fill in this information to identify the case: |
|---|
| Debtor 1   John  Hebal, Jr., aka John Hebal |
| Debtor 2 (Spouse, if filing) |
| United States Bankruptcy Court for the: Middle District of PA |
| Case number   20-00284 MJC |

Form 4100R  AMENDED

# Response to Notice of Final Cure Payment                                        10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1:   Mortgage Information

**Name of Creditor:**   PNC BANK, NATIONAL ASSOCIATION         **Court claim no.** (if known):   7

**Last 4 digits** of any number you use to identify the debtor's account:   8462
**Property address:**
1050N James St
Hazleton, PA 18202

## Part 2:   Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:          $ _____

## Part 3:   Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a.   Total postpetition ongoing payments due:                             (a)   $ 1,951.50
b.   Total fees, charges, expenses, escrow, and costs outstanding:    + (b)   $ 0.00
c.   **Total.** Add lines a and b.                                         (c)   $ 1,951.50

Creditor asserts that the debtor(s) are contractually obligated for   10 / 28 / 2024
the postpetition payment(s) that first became due on:

Form 4100R                              Response to Notice of Final Cure Payment                              page 1

Case 5:20-bk-00284-MJC    Doc 108    Filed 03/31/25    Entered 03/31/25 17:42:29    Desc
Document ID: 611fb61da37c05665e0f1bf0dcc105c0827d080d7c06703462129b0551a814d
Main Document      Page 1 of 6

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐  I am the creditor.
☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.



x /s/ Denise Carlon
Denise Carlon
27 Mar 2025, 13:58:03, EDT

Date    03/27/2025

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

Form 4100R                Response to Notice of Final Cure Payment                page 2

Document ID: 611fb61da37c05665e0f1bf0dcc105c0827d080d7c06703462129b6055ja814d
Case 5:20-bk-00284-MJC    Doc 108    Filed 03/31/25    Entered 03/31/25 17:42:29    Desc
Main Document     Page 2 of 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: John Hebal Jr. aka John Hebal<br>         Debtor(s)<br><br>PNC BANK, NATIONAL ASSOCIATION<br>         Movant<br><br>vs.<br><br>John Hebal Jr. aka John Hebal<br>         Debtor(s)<br><br>Jack N Zaharopoulos,<br>         Trustee | BK NO. 20-00284 MJC<br><br>Chapter 13<br><br>Related to Claim No. 7 |

## CERTIFICATE OF SERVICE
## AMENDED NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>March 31, 2025</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

<u>Debtor(s)</u>
John Hebal Jr. aka John Hebal
1050 N. James St.
Hazleton, PA 18202

<u>Attorney for Debtor(s) (via ECF)</u>
Tullio DeLuca
381 N. 9th Avenue
Scranton, PA 18504

<u>Trustee (via ECF)</u>
Jack N Zaharopoulos
Standing Chapter 13
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail

Dated: <u>March 31, 2025</u>

                    **/s/ Denise Carlon**
                    Denise Carlon Esquire
                    Attorney I.D. 317226
                    KML Law Group, P.C.
                    BNY Mellon Independence Center
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106
                    201-549-2363
                    dcarlon@kmllawgroup.com

| Date Received | Amount Received | In/Out Debtor Suspense | Debtor Suspense Total | Segment 1 Principal Payment | Segment 1 Interest | Segment 1 Interest Paid | Segment 1 Principal Balance | Contractual Date Paid | Post Pet Date Paid | PP Payment Suspense | PP Payment Suspense Total | Agreed Order - Post 1 | In/Out Agreed Order - Post 1 Suspense TRUSTEE PAID | Agreed Order - Post 1 Suspense Total | Agreed Order Pmt AO 1 (2/28/2020-10/28/2020) Amended plan (7/28/2021-3/28/2022) AO 2 (5/28/2022-11/28/2022) $5724.55 | AO Atty Fees /Costs ($1031.00) | Agreed Order - Post 2 Funds Received Debtor | Agreed Order - Post 2 Stip Payment (6) $260.20 TB 02/28/25 | In/Out Agreed Order - Post 2 Suspense | Agreed Order - Post 2 Suspense Total | Agreed Order Pmt (10/28/2024-1/28/2025) $1,561.20 | Trustee Interest | Trustee Suspense | Trustee Suspense Total | Pre-Petition Payment (7/28/2018-1/28/2025) $5101.96 | Misc Cost ($20.00) | Pre-Late Fees/ NSF ($536.09) | MSP Suspense Total | Check # | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/28/2020 filed Chapter 13 | | | | | | $0.00 | $32,799.73 | | | | $0.00 | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | | | | Chapt 13 case # 20-00284 Loan contractually due 7/28/2018 First post due 2/28/2020 |
| 12/21/2020 | $418.00 | $418.00 | $418.00 | | | $0.00 | $32,799.73 | | | | $0.00 | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | $418.00 | | |
| 12/22/2020 | | ($258.17) | $159.83 | $189.08 | $58.96 | $58.96 | $32,610.65 | 7/28/2018 | 2/28/2020 | $10.13 | $10.13 | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | $169.96 | | |
| 12/29/2020 | | $258.17 | $418.00 | ($189.08) | ($58.96) | $0.00 | $32,799.73 | 7/28/2018 | 2/28/2020 | ($10.13) | $0.00 | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | $418.00 | | Reversal-Misapplied pmt |
| 1/4/2021 | | ($220.43) | $197.57 | | | $0.00 | $32,799.73 | | 11/28/2020 | $220.43 | $220.43 | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | $418.00 | | |
| 3/9/2021 | $213.00 | $213.00 | $410.57 | | | $0.00 | $32,799.73 | | | | $220.43 | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | $631.00 | | |
| 3/10/2021 | | ($212.57) | $198.00 | | | $0.00 | $32,799.73 | | 12/28/2020 | $212.57 | $433.00 | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | $631.00 | | |
| 3/12/2021 | | | $198.00 | $189.08 | $58.96 | $58.96 | $32,610.65 | 7/28/2018 | | ($248.04) | $184.96 | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | $382.96 | | |
| 4/8/2021 | $213.00 | $213.00 | $411.00 | | | $58.96 | $32,610.65 | | | | $184.96 | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | $595.96 | | |
| 4/13/2021 | | ($220.48) | $190.52 | | | $58.96 | $32,610.65 | | 1/28/2021 | $220.48 | $405.44 | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | $595.96 | | |
| 4/15/2021 | | | $190.52 | $94.54 | $171.04 | $230.00 | $32,516.11 | 8/28/2018 | | ($265.58) | $139.86 | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | $330.38 | | |
| 6/14/2021 | $213.00 | $213.00 | $403.52 | | | $230.00 | $32,516.11 | | | | $139.86 | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | $543.38 | | |
| 6/17/2021 | | ($212.89) | $190.63 | | | $230.00 | $32,516.11 | | 2/28/2021 | $212.89 | $352.75 | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | $543.38 | | |
| 6/21/2021 | | | $190.63 | $94.54 | $176.56 | $406.56 | $32,421.57 | 9/28/2018 | | ($271.10) | $81.65 | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | $272.52 | | |
| 8/18/2021 | $216.00 | $216.00 | $406.63 | | | $406.56 | $32,421.57 | | | | $81.65 | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | $488.28 | | |
| 8/19/2021 | | ($205.00) | $201.63 | | | $406.56 | $32,421.57 | | 3/28/2021 | $205.00 | $286.65 | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | $488.28 | | |
| 8/23/2021 | | | $201.63 | $94.54 | $165.53 | $572.09 | $32,327.03 | 10/28/2018 | | ($260.07) | $26.58 | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | $228.21 | | |
| 9/27/2021 | $220.00 | $220.00 | $421.63 | | | $572.09 | $32,327.03 | | | | $26.58 | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | $448.21 | | |
| 9/28/2021 | | ($212.29) | $209.34 | | | $572.09 | $32,327.03 | | 4/28/2021 | $212.29 | $238.87 | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | $448.21 | | |
| 10/25/2021 | $56.71 | | $209.34 | | | $572.09 | $32,327.03 | | | | $238.87 | | | $0.00 | | | | | | $0.00 | | $56.71 | $56.71 | $504.92 | | | | 2005844 | |
| 10/25/2021 | $30.85 | | $209.34 | | | $572.09 | $32,327.03 | | | | $238.87 | | $30.85 | $30.85 | | | | | | $0.00 | | | $56.71 | $535.77 | | | | 2005844 | |
| 12/15/2021 | $225.00 | $225.00 | $434.34 | | | $572.09 | $32,327.03 | | | | $238.87 | | | $30.85 | | | | | | $0.00 | | | $56.71 | $760.77 | | | | | |
| 12/31/2021 | $148.52 | | $434.34 | | | $572.09 | $32,327.03 | | | | $238.87 | | | $30.85 | | | | | | $0.00 | | $148.52 | $205.23 | $909.29 | | | | 2007895 | |
| 12/31/2021 | $80.80 | | $434.34 | | | $572.09 | $32,327.03 | | | | $238.87 | | $80.80 | $111.65 | | | | | | $0.00 | | | $205.23 | $990.09 | | | | 2007895 | |
| 1/28/2022 | | ($215.82) | $218.52 | | | $572.09 | $32,327.03 | 5/28/2021 | | $215.82 | $454.69 | | | $111.65 | | | | | | $0.00 | | | $205.23 | $990.09 | | | | | |
| 1/28/2022 | | ($215.78) | $2.74 | | | $572.09 | $32,327.03 | 6/28/2021 | | $215.78 | $670.47 | | | $111.65 | | | | | | $0.00 | | | $205.23 | $990.09 | | | | | |
| 1/31/2022 | | | $2.74 | $94.54 | $166.52 | $738.61 | $32,232.49 | 11/28/2018 | | ($261.06) | $409.41 | | | $111.65 | | | | | | $0.00 | | | $205.23 | $729.03 | | | | | |
| 1/31/2022 | | | $2.74 | $94.54 | $183.75 | $922.36 | $32,137.95 | 12/28/2018 | | ($278.29) | $131.12 | | | $111.65 | | | | | | $0.00 | | | $205.23 | $450.74 | | | | | |
| 2/17/2022 NOD required funds IAO $1,491.87 NOD NOT CURED | | | $2.74 | | | $922.36 | $32,137.95 | | | | $131.12 | | | $111.65 | | | | | | $0.00 | | | $205.23 | $450.74 | | | | | |
| 3/21/2022 | $157.18 | | $2.74 | | | $922.36 | $32,137.95 | | | | $131.12 | | | $111.65 | | | | | | $0.00 | | $157.18 | $362.41 | $607.92 | | | | 9013482 | |
| 3/21/2022 | $85.52 | | $2.74 | | | $922.36 | $32,137.95 | | | | $131.12 | | $85.52 | $197.17 | | | | | | $0.00 | | | $362.44 | $693.44 | | | | 9013482 | |
| 3/22/2022 | | | $2.74 | $94.54 | $178.01 | $1,100.37 | $32,043.41 | 1/28/2019 | | | $131.12 | | | $197.17 | | | | | | $0.00 | | ($272.55) | $89.86 | $420.89 | 7/28/2018 | | | | |
| 4/25/2022 Amended Plan | | ($2.74) | $0.00 | | | $1,100.37 | $32,043.41 | | | | $131.12 | Less Suspense | $2.74 | $199.91 | | | | | | $0.00 | | | $89.86 | $420.89 | | | | | |
| 5/25/2022 | $105.83 | | $0.00 | | | $1,100.37 | $32,043.41 | | | | $131.12 | | | $199.91 | | | | | | $0.00 | | $105.83 | $195.69 | $526.72 | | | | 9013916 | |
| 5/25/2022 | $216.52 | | $0.00 | | | $1,100.37 | $32,043.41 | | | | $131.12 | | $216.52 | $416.43 | | | | | | $0.00 | | | $195.69 | $743.24 | | | | 9013916 | |
| 5/26/2022 | | | $0.00 | $94.54 | $184.97 | $1,285.34 | $31,948.87 | 2/28/2019 | | | $131.12 | | ($279.51) | $136.92 | 2/28/2020 | | | | | $0.00 | | | $195.69 | $463.73 | | | | | |
| 6/22/2022 | $224.89 | $224.89 | $224.89 | | | $1,285.34 | $31,948.87 | | | | $131.12 | | | $136.92 | | | | | | $0.00 | | | $195.69 | $688.62 | | | | | |
| 6/23/2022 | | ($206.50) | $18.39 | | | $1,285.34 | $31,948.87 | | 4/28/2022 | $206.50 | $337.62 | | | $136.92 | | | | | | $0.00 | | | $195.69 | $688.62 | | | | | |
| 6/27/2022 | | | $18.39 | $94.54 | $167.08 | $1,452.42 | $31,854.33 | 3/28/2019 | | ($261.62) | $76.00 | | | $136.92 | | | | | | $0.00 | | | $195.69 | $427.00 | | | | | |
| 7/21/2022 | $157.60 | | $18.39 | | | $1,452.42 | $31,854.33 | | | | $76.00 | | | $136.92 | | | | | | $0.00 | | $157.60 | $353.29 | $584.60 | | | | 9014333 | |
| 7/21/2022 | $139.23 | | $18.39 | | | $1,452.42 | $31,854.33 | | | | $76.00 | | $139.23 | $276.15 | | | | | | $0.00 | | | $353.29 | $723.83 | | | | 9014333 | |
| 8/26/2022 | $169.32 | | $18.39 | | | $1,452.42 | $31,854.33 | | | | $76.00 | | | $276.15 | | | | | | $0.00 | | $169.32 | $522.61 | $893.15 | | | | 9014552 | |
| 8/26/2022 | $149.60 | | $18.39 | | | $1,452.42 | $31,854.33 | | | | $76.00 | | $149.60 | $425.75 | | | | | | $0.00 | | | $522.61 | $1,042.75 | | | | 9014552 | |
| 8/29/2022 | | | $18.39 | $94.54 | $184.97 | $1,637.39 | $31,759.79 | 4/28/2019 | | | $76.00 | | ($279.51) | $146.24 | 3/28/2020 | | | | | $0.00 | | | $522.61 | $763.24 | | | | | |
| 10/28/2022 NOD Required Funds iao $1,179.68 -- NOD NOT CURED | | | $18.39 | | | $1,637.39 | $31,759.79 | | | | $76.00 | | | $146.24 | | | | | | $0.00 | | | $522.61 | $763.24 | | | | | |
| 11/30/2022 Agreed Order Filed | | ($18.39) | $0.00 | | | $1,637.39 | $31,759.79 | | | | $76.00 | Less Suspense | $18.39 | $164.63 | | | | | | $0.00 | | | $522.61 | $763.24 | | | | | |
| 2/9/2023 | | | $0.00 | $94.54 | $173.04 | $1,810.43 | $31,665.25 | 5/28/2019 | | | $76.00 | | | $164.63 | | | | | | $0.00 | | ($267.58) | $255.03 | $495.66 | 8/28/2018 | | | | |
| 2/28/2023 | $321.00 | $321.00 | $321.00 | | | $1,810.43 | $31,665.25 | | | | $76.00 | | | $164.63 | | | | | | $0.00 | | | $255.03 | $816.66 | | | | | |
| 3/1/2023 | | ($281.02) | $39.98 | | | $1,810.43 | $31,665.25 | | 12/28/2022 | $281.02 | $357.02 | | | $164.63 | | | | | | $0.00 | | | $255.03 | $816.66 | | | | | |
| 3/2/2023 | | | $39.98 | $94.54 | $190.94 | $2,001.37 | $31,570.71 | 6/28/2019 | | ($285.48) | $71.54 | | | $164.63 | | | | | | $0.00 | | | $255.03 | $531.18 | | | | | |
| 5/2/2023 NOD Required Funds iao $912.91 -- NOD NOT CURED | | | $39.98 | | | $2,001.37 | $31,570.71 | | | | $71.54 | | | $164.63 | | | | | | $0.00 | | | $255.03 | $531.18 | | | | | |
| 5/9/2023 | $304.10 | $304.10 | $344.08 | | | $2,001.37 | $31,570.71 | | | | $71.54 | | | $164.63 | | | | | | $0.00 | | | $255.03 | $835.28 | | | | | |
| 6/12/2023 | | ($344.08) | $0.00 | | | $2,001.37 | $31,570.71 | | | ($71.54) | ($0.00) | | ($164.63) | $0.00 | | | | | | $0.00 | | ($255.03) | $0.00 | ($0.00) | | | | | Returned to borrower - see NOTS 6/12/2023 |
| 8/15/2023 | $941.73 | $941.73 | $941.73 | | | $2,001.37 | $31,570.71 | | | | ($0.00) | | | $0.00 | | | | | | $0.00 | | | $0.00 | $941.73 | | | | | Funds reversed from loan 7500829756 |
| 8/23/2023 | | ($941.73) | $0.00 | | | $2,001.37 | $31,570.71 | | | | ($0.00) | | | $0.00 | | | | | | $0.00 | | | ($0.00) | $0.00 | | | | | Returned to borrower - see SERN 08/24/2023 |
| 8/29/2023 | $835.28 | $835.28 | $835.28 | | | $2,001.37 | $31,570.71 | | | | ($0.00) | | | $0.00 | | | | | | $0.00 | | | | $835.28 | | | | | |
| 8/31/2023 BNK filed: MM/DD/YY Discharged: MM/DD/YY | | ($835.28) | $0.00 | | | $2,001.37 | $31,570.71 | | | | ($0.00) | | | $0.00 | | | | | | $0.00 | | | ($0.00) | $0.00 | | | | | Returned to borrower - see NOTS 8/13/2023 |

Page 1 of 3

| Date Received | Amount Received | In/Out Debtor Suspense | Debtor Suspense Total | Segment 1 Principal Payment | Segment 1 Interest | Segment 1 Interest Paid | Segment 1 Principal Balance | Contractual Date Paid | Post Pet Date Paid | PP Payment Suspense | PP Payment Suspense Total | Agreed Order - Post 1 | In/Out Agreed Order - Post 1 Suspense TRUSTEE PAID | Agreed Order - Post 1 Suspense Total | Agreed Order Pmt AO 1 (2/28/2020 - 10/28/2020) Amended plan (7/28/2021 - 3/28/2022) AO 2 (5/28/2022 - 11/28/2022) $5724.55 | AO Atty Fees /Costs ($1031.00) | Agreed Order - Post 2 Funds Received Debtor | Agreed Order - Post 2 Stip Payment (6) $260.20 TB 02/28/25 | In/Out Agreed Order - Post 2 Suspense | Agreed Order - Post 2 Suspense Total | Agreed Order Pmt (10/28/2024 - 1/28/2025) $1,561.20 | Trustee Interest | Trustee Suspense | Trustee Suspense Total | Pre-Petition Payment (7/28/2018 - 1/28/2020) $5101.96 | Misc Cost ($20.00) | Pre-Late Fees/ NSF ($536.09) | MSP Suspense Total | Check # | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/6/2023 | $392.30 | $392.30 | $392.30 | | | $2,001.37 | $31,570.71 | | | | ($0.00) | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | | $392.30 | | |
| 12/13/2023 | $392.30 | $392.30 | $784.60 | | | $2,001.37 | $31,570.71 | | | | ($0.00) | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | | $784.60 | | |
| 1/10/2024 | $392.30 | $392.30 | $1,176.90 | | | $2,001.37 | $31,570.71 | | | | ($0.00) | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | | $1,176.90 | | |
| 2/1/2024 | | ($267.58) | $909.32 | $94.54 | $173.04 | $2,174.41 | $31,476.17 | 7/28/2019 | | | ($0.00) | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | | $909.32 | | |
| 2/1/2024 | | ($273.54) | $635.78 | $94.54 | $179.00 | $2,353.41 | $31,381.63 | 8/28/2019 | | | ($0.00) | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | | $635.78 | | |
| 2/1/2024 | | ($291.45) | $344.33 | $94.54 | $196.91 | $2,550.32 | $31,287.09 | 9/28/2019 | | | ($0.00) | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | | $344.33 | | |
| 2/1/2024 | | ($266.80) | $77.53 | $94.54 | $172.26 | $2,722.58 | $31,192.55 | 10/28/2019 | | | ($0.00) | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | | $77.53 | | |
| 2/1/2024 | | ($77.53) | $0.00 | | $77.53 | $2,800.11 | $31,192.55 | | | | ($0.00) | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | | $0.00 | | |
| 2/15/2024 | $392.30 | $392.30 | $392.30 | | | $2,800.11 | $31,192.55 | | | | ($0.00) | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | | $392.30 | | |
| 3/15/2024 | $390.30 | $390.30 | $782.60 | | | $2,800.11 | $31,192.55 | | | | ($0.00) | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | | $782.60 | | |
| 4/23/2024 | | | $782.60 | ($8,645.52) | | $2,800.11 | $39,838.07 | | | | ($0.00) | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | | $782.60 | | |
| 4/29/2024 | | ($390.30) | $392.30 | $390.30 | | $2,800.11 | $39,447.77 | 4/28/2024 | 4/28/2024 | | ($0.00) | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | | $392.30 | | |
| 4/29/2024 | | ($354.79) | $37.51 | | $354.79 | $3,154.90 | $39,447.77 | | | | ($0.00) | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | | $37.51 | | |
| 4/29/2024 | | ($37.51) | $0.00 | | | $3,154.90 | $39,447.77 | | | | ($0.00) | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | | ($0.00) | | |
| 5/3/2024 | $390.30 | $390.30 | $390.30 | | | $3,154.90 | $39,447.77 | | | | ($0.00) | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | | $390.30 | | Applied to NSF fee |
| 5/22/2024 | | $37.51 | $427.81 | | | $3,154.90 | $39,447.77 | | | | ($0.00) | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | | $427.81 | | Reversed from NSF fee |
| 5/22/2024 | | ($37.51) | $390.30 | $37.51 | | $3,154.90 | $39,410.26 | | | | ($0.00) | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | | $390.30 | | |
| 6/3/2024 | $390.30 | $390.30 | $780.60 | | | $3,154.90 | $39,410.26 | | | | ($0.00) | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | | $780.60 | | |
| 7/3/2024 | $390.30 | $390.30 | $1,170.90 | | | $3,154.90 | $39,410.26 | | | | ($0.00) | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | | $1,170.90 | | |
| 8/8/2024 | | ($390.30) | $780.60 | $352.42 | $37.88 | $3,192.78 | $39,057.84 | 5/28/2024 | 5/28/2024 | | ($0.00) | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | | $780.60 | | |
| 8/8/2024 | | ($155.50) | $625.10 | $155.50 | | $3,192.78 | $38,902.34 | | | | ($0.00) | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | | $625.10 | | |
| 8/8/2024 | | ($234.80) | $390.30 | $234.80 | | $3,192.78 | $38,667.54 | 6/28/2024 | 6/28/2024 | | ($0.00) | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | | $390.30 | | |
| 8/12/2024 | | ($390.30) | $0.00 | $163.21 | $227.09 | $3,419.87 | $38,504.33 | 7/28/2024 | 7/28/2024 | | ($0.00) | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | | ($0.00) | | |
| 9/12/2024 | $390.30 | $390.30 | $390.30 | | | $3,419.87 | $38,504.33 | | | | ($0.00) | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | | $390.30 | | |
| 9/13/2024 | | ($390.30) | $0.00 | $163.21 | $227.09 | $3,646.96 | $38,341.12 | 8/28/2024 | 8/28/2024 | | ($0.00) | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | | ($0.00) | | |
| 12/3/2024 | $390.30 | $390.30 | $390.30 | | | $3,646.96 | $38,341.12 | | | | ($0.00) | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | | $390.30 | | |
| 12/4/2024 | | ($390.30) | $0.00 | $153.64 | $236.66 | $3,883.62 | $38,187.48 | 9/28/2024 | 9/28/2024 | | ($0.00) | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | | ($0.00) | | |
| 12/26/2024 - NOD required funds iao $1,170.90 -- NOD NOT CURED | | | $0.00 | | | $3,883.62 | $38,187.48 | | | | ($0.00) | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | | ($0.00) | | |
| 2/18/2025 Agreed Order Filed | | | $0.00 | | | $3,883.62 | $38,187.48 | | | | ($0.00) | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | | ($0.00) | | |
| | | | $0.00 | | | $3,883.62 | $38,187.48 | | | | ($0.00) | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | | ($0.00) | | |
| | | | $0.00 | | | $3,883.62 | $38,187.48 | | | | ($0.00) | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | | ($0.00) | | |
| | | | $0.00 | | | $3,883.62 | $38,187.48 | | | | ($0.00) | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | | ($0.00) | | |
| | | | $0.00 | | | $3,883.62 | $38,187.48 | | | | ($0.00) | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | | ($0.00) | | |
| | | | $0.00 | | | $3,883.62 | $38,187.48 | | | | ($0.00) | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | | ($0.00) | | |
| | | | $0.00 | | | $3,883.62 | $38,187.48 | | | | ($0.00) | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | | | ($0.00) | | |
| | | $0.00 | | | | | | | | ($0.00) | | | | $0.00 | | | | | | $0.00 | | | | $0.00 | | $0.00 $0.00 ($20.00) ($536.09) | | | |

Loan Modification effective 3/1/2024 -- new due date 4/28/2024

| | | |
|---|---|---|
| Total Suspense | ($0.00) | |
| PP Pmt Suspense | ($0.00) | |
| Debtor Suspense | $0.00 | |
| Post 1 Suspense | $0.00 | |
| | | $0.00 |
| Post 2 Suspense | $0.00 | |
| PPFN Total Funds | $0.00 | |
| Trustee Suspense | $0.00 | |

| Due for | 10/28/2024 | 2/28/2025 |
|---|---|---|
| Contractual Pmts Due | | 4 |
| Current Date | | 2/26/2025 |
| Days Past Due | | -2 |

| PCN's Filed | Effective | Amount |
|---|---|---|
| POC | 2/28/2020 | $258.17 |
| 3/5/2020 | 3/28/2020 | $247.61 |
| 4/7/2020 | 4/28/2020 | $258.17 |
| 5/5/2020 | 5/28/2020 | $204.70 |
| 6/5/2020 | 6/28/2020 | $224.37 |
| 7/7/2020 | 7/28/2020 | $212.56 |
| 8/5/2020 | 8/28/2020 | $216.50 |
| No Change | 9/28/2020 | $216.50 |

($1,561.20)
($1,561.20)

| PCN's Filed | Effective | Amount |
|---|---|---|
| 10/6/2020 | 10/28/2020 | $208.63 |
| 11/5/2020 | 11/28/2020 | $220.43 |
| 12/7/2020 | 12/28/2020 | $212.57 |
| 1/6/2021 | 1/28/2021 | $220.48 |
| 2/5/2021 | 2/28/2021 | $212.89 |
| 3/5/2021 | 3/28/2021 | $205.00 |
| 4/6/2021 | 4/28/2021 | $212.29 |
| 5/5/2021 | 5/28/2021 | $215.82 |

| PCN's Filed | Effective | Amount |
|---|---|---|
| 6/7/2021 | 6/28/2021 | $215.78 |
| 7/6/2021 | 7/28/2021 | $207.63 |
| 8/5/2021 | 8/28/2021 | $219.32 |
| 9/7/2021 | 9/28/2021 | $215.16 |
| 10/5/2021 | 10/28/2021 | $203.40 |
| 11/5/2021 | 11/28/2021 | $222.85 |
| 12/7/2021 | 12/28/2021 | $211.18 |
| 1/5/2022 | 1/28/2022 | $215.07 |

BNK filed: MM/DD/YY
Discharged: MM/DD/YY

Page 2 of 3

Case 5:20-bk-00284-MJC    Doc 108    Filed 03/31/25    Entered 03/31/25 17:42:29    Desc
Main Document    Page 5 of 6

| Date Received | Amount Received | In/Out Debtor Suspense | Debtor Suspense Total | Segment 1 Principal Payment | Segment 1 Interest | Segment 1 Interest Paid | Segment 1 Principal Balance | Contractual Date Paid | Post Pet Date Paid | PP Payment Suspense | PP Payment Suspense Total | Agreed Order - Post 1 | In/Out Agreed Order - Post 1 Suspense TRUSTEE PAID | Agreed Order - Post 1 Suspense Total | Agreed Order Pmt AO 1 (2/28/2020-10/28/2020) Amended plan (7/28/2021 - 3/28/2022) AO 2 (5/28/2022 - 11/28/2022) $5724.55 | AO Atty Fees /Costs ($1031.00) | Agreed Order - Post 2 Funds Received Debtor | Agreed Order - Post 2 Stip Payment (6) $260.20 TB 02/28/25 | In/Out Agreed Order - Post 2 Suspense | Agreed Order - Post 2 Suspense Total | Agreed Order Pmt (10/28/2024 - 1/28/2025) $1,561.20 | Trustee Interest | Trustee Suspense | Trustee Suspense Total | Pre-Petition Payment (7/28/2018-1/28/2020) $5101.96 | Misc Cost ($20.00) | Pre-Late Fees/ NSF ($536.09) | MSP Suspense Total | Check # | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**PCN's**
| Filed | Effective | Amount |
|---|---|---|
| 2/7/2022 | 2/28/2022 | $214.37 |
| 3/7/2022 | 3/28/2022 | $202.77 |
| 4/5/2022 | 4/28/2022 | $206.50 |
| 5/5/2022 | 5/28/2022 | $224.89 |
| 6/7/2022 | 6/28/2022 | $220.62 |
| 7/7/2022 | 7/28/2022 | $220.26 |
| 8/5/2022 | 8/28/2022 | $264.17 |
| 9/7/2022 | 9/28/2022 | $268.13 |

**PCN's**
| Filed | Effective | Amount |
|---|---|---|
| 10/5/2022 | 10/28/2022 | $273.64 |
| 11/7/2022 | 11/28/2022 | $293.88 |
| 12/6/2022 | 12/28/2022 | $281.02 |
| 1/5/2023 | 1/28/2023 | $321.19 |
| 2/7/2023 | 2/28/2023 | $327.60 |
| 3/7/2023 | 3/28/2023 | $304.10 |
| 4/5/2023 | 4/28/2023 | $332.92 |
| 5/5/2023 | 5/28/2023 | $331.71 |

**PCN's**
| Filed | Effective | Amount |
|---|---|---|
| 6/6/2023 | 6/28/2023 | $331.70 |
| Not Filed | 7/28/2023 | $346.32 |
| Not Filed | 8/28/2023 | $346.32 |
| Not Filed | 9/28/2023 | $336.35 |
| Not Filed | 10/28/2023 | $361.36 |
| Not Filed | 11/28/2023 | $353.02 |
| Not Filed | 12/28/2023 | $328.01 |
| Not Filed | 1/28/2024 | $369.63 |

Removed from BK 6/6/2023

**PCN's**
| Filed | Effective | Amount |
|---|---|---|
| Not Filed | 2/28/2024 | $341.61 |
| Not Filed | 3/28/2024 | $324.58 |
| 4/5/2024 | 4/28/2024 | $390.30 |
| No Change | 5/28/2024 | $390.30 |
| No Change | 6/28/2024 | $390.30 |
| No Change | 7/28/2024 | $390.30 |
| No Change | 8/28/2024 | $390.30 |
| No Change | 9/28/2024 | $390.30 |

**PCN's**
| Filed | Effective | Amount |
|---|---|---|
| No Change | 10/28/2024 | $390.30 |
| No Change | 11/28/2024 | $390.30 |
| No Change | 12/28/2024 | $390.30 |
| No Change | 1/28/2025 | $390.30 |
| No Change | 2/28/2025 | $390.30 |
|  | 3/28/2025 |  |
|  | 4/28/2025 |  |
|  | 5/28/2025 |  |

Included in AO