Certificate Number: 15317-PAM-DE-039836712

Bankruptcy Case Number: 20-00284


15317-PAM-DE-039836712

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 5, 2025</u>, at <u>5:31</u> o'clock <u>PM PDT</u>, <u>John Hebal</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>July 5, 2025</u>          By:    <u>/s/Sharmagne Marquez</u>

                                  Name:  <u>Sharmagne Marquez</u>

                                  Title: <u>Credit Counselor</u>