| Fill in this information to identify the case: |
|---|
| Debtor 1    John Hebal, Jr. |
| Debtor 2 (Spouse, if filing) |
| United States Bankruptcy Court for the: Middle District of Pennsylvania |
| Case Number    2000284 RNO |

## Official Form 410S1
## Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor**: PNC Bank, N.A.

**Court claim no.** (if known): 7

**Last four digits** of any number you use to identify the debtor's account: 8462

**Date of payment change:**
Must be at least 21 days after date of this notice    05/ 28/2020

**New total payment:**    $204.70
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:_____
   _____
   
   Current escrow payment: $_____    New escrow payment: $_____

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment based on an adjustment to the interest rate in the debtor's variable-rate note?**
   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: Interest Rate Change
   _____
   
   Current interest rate: 5.89%    New interest rate: 4.39%
   Current principal and interest payment: $258.17    New principal and interest payment: $204.70

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*
   
   Reason for change: _____
   
   **Current mortgage payment:**    **New mortgage payment**:

---

Official Form 410S1    **Notice of Mortgage Payment Change**    page 1

Debtor 1 __John Hebal, Jr._____  Case number (if known) _2000284_____
         First Name   Middle Name   Last Name

| **Part 3:** | **Sign Here** |
|---|---|

**The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.**

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/ Yvonne Uhlik                                    Date  05 / 05 / 2020
   Signature

Print:   Yvonne Uhlik                              Title:  Support Specialist

Company  PNC Bank, National Association

Address: P.O. Box 94982
         Number    Street

         Cleveland, OH 44101-0570
         City    State    ZIP Code

Contact Phone: 1-800-642-6323 Ext. 65570            Email: _____

Official Form 410S1                **Notice of Mortgage Payment Change**                       page 2

Case 5:20-bk-00284-RNO    Doc    Filed 05/05/20    Entered 05/05/20 10:23:26    Desc
                         Main Document    Page 2 of 3

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE

| IN RE: JOHN HEBAL, JR. | Case No. 2000284 <br> Judge ROBERT N. OPEL II <br> Chapter 13 |
|---|---|

CERTIFICATE OF SERVICE OF
NOTICE OF MORTGAGE PAYMENT CHANGE

I, the undersigned, hereby certify that, on MAY 5, 2020, a true and correct copy of the NOTICE OF MORTGAGE PAYMENT CHANGE was electronically served upon the following using the Court's CM/ECF system:

Debtor's Attorney: TULLIO DELUCA
Trustee: CHARLES J DEHART, III (TRUSTEE)
Office of the United States Trustee

Further, I certify that, on MAY 5, 2020, a true and correct copy of the NOTICE OF MORTGAGE PAYMENT CHANGE was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the following at the address shown below:

JOHN HEBAL, JR.        1050 N. JAMES ST.  HAZELTON, PA  18202

By: /s/ YVONNE UHLIK
YVONNE UHLIK
PNC Bank, N.A.

PO BOX 94982
CLEVELAND, OH  44101

800-642-6323