Debtor 1 ___John Hebal, Jr._____

Debtor 2
(Spouse, if filing) _____

United States Bankruptcy Court for the: Middle District of Pennsylvania

Case Number ___2000284 RNO_____

Official Form 410S1

# Notice of Mortgage Payment Change

**12/15**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor**: PNC Bank, N.A.

**Court claim no.** (if known): 7

**Last four digits** of any number you use to identify the debtor's account: 8462

**Date of payment change:**
Must be at least 21 days after date of this notice _07/ 28/2020_

**New total payment:** $212.56
Principal, interest, and escrow, if any

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

**1. Will there be a change in the debtor's escrow account payment?**
☒ No
☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:_____
_____

Current escrow payment: $_____      New escrow payment: $_____

| Part 2: | Mortgage Payment Adjustment |
|---|---|

**2. Will the debtor's principal and interest payment based on an adjustment to the interest rate in the debtor's variable-rate note?**
☒ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:_____
_____

Current interest rate:                                              New interest rate:

Current principal and interest payment:                 New principal and interest payment:

| Part 3: | Other Payment Change |
|---|---|

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**
☐ No
☒ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

Reason for change: _Daily Simple Interest Accrual for Billing Period_____

**Current mortgage payment:** $224.37            **New mortgage payment**: $212.56

| Part 3: | Sign Here |
|---|---|

**The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.**

*Check the appropriate box.*

    ☒ I am the creditor.

.    ☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/ Yvonne Uhlik                                  Date   <u>07 / 07 / 2020</u>
        Signature

Print:      Yvonne Uhlik                        Title:   Support Specialist

Company   PNC Bank, National Association

Address:   P.O. Box 94982
             Number     Street

             Cleveland, OH 44101-0570
             City       State      ZIP Code

Contact Phone: 1-800-642-6323 Ext. 65570             Email:

Case 5:20-bk-00284-RNO   Doc   Filed 07/07/20   Entered 07/07/20 12:24:22   Desc
Main Document    Page 2 of 3

| IN RE: **John Hebal, Jr.** | Case No. **20-00284**<br>Judge     Robert N. Opel II<br>Chapter   13 |
|---|---|

CERTIFICATE OF SERVICE OF
Notice of Mortgage Payment Change

I, the undersigned, hereby certify that, on July 7, 2020, a true and correct copy of the Notice of Mortgage Payment Change was electronically served upon the following using the Court's CM/ECF system:

Debtor's Attorney: **Tullio DeLuca**
Trustee: **Charles J DeHart, III (Trustee)**
Office of the United States Trustee

Further, I certify that, on July 7, 2020, a true and correct copy of the Notice of Mortgage Payment Change was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the following at the address shown below:

**John Hebal, Jr.**                                    1050 N. James St. Hazleton, PA 18202

By: /s/ Yvonne Uhlik
Yvonne Uhlik
PNC Bank, N.A.
PO Box 94982
Cleveland OH 44101
855-245-3814