| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor 1 | John Hebal, Jr. |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: Middle District of Pennsylvania | |
| Case Number | 20-00284 RNO |

## Official Form 410S1
# Notice of Mortgage Payment Change     12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor**: PNC Bank, N.A.     **Court claim no.** (if known): 7

**Last four digits** of any number you use to identify the debtor's account: 8462

**Date of payment change:**
Must be at least 21 days after date of this notice     08/ 28/2020

**New total payment:**     $216.50
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:_____
   _____

   Current escrow payment: $_____     New escrow payment: $_____

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment based on an adjustment to the interest rate in the debtor's variable-rate note?**
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:_____
   _____

   Current interest rate:     New interest rate:
   Current principal and interest payment:     New principal and interest payment:

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change: Daily Simple Interest Accrual for Billing Period

   **Current mortgage payment:** 212.56     **New mortgage payment**: 216.50

Debtor 1 __John Hebal, Jr._____  Case number (if known) _20-00284_____
         First Name  Middle Name  Last Name

## Part 3: Sign Here

**The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.**

*Check the appropriate box.*

☒ I am the creditor.

. ☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** _/s/ Vicki Pringle_____   Date __08 / 05 / 2020__
        Signature

Print:    _Vicki Pringle_____   Title:   Support _Specialist_____

Company  _PNC Bank, National Association_____

Address: _P.O. Box 94982_____
          Number    Street

         _Cleveland, OH 44101-0570_____
          City    State    ZIP Code

Contact Phone: 1-800-642-6323 Ext. _____   Email: _____

UNITED STATES BANKRUPTCY COURT
Middle District of Pennsylvania

| IN RE: John Hebal, Jr. | Case No. 20-00284<br>Judge Robert N. Opel II<br>Chapter 13 |
|---|---|

CERTIFICATE OF SERVICE OF
Notice of Mortgage Payment Change

    I, the undersigned, hereby certify that, on August 5, 2020, a true and correct copy of the Notice of Mortgage Payment Change was electronically served upon the following using the Court's CM/ECF system:

Debtor's Attorney: Tullio DeLuca
Trustee: Charles J DeHart, III
Office of the United States Trustee

    Further, I certify that, on August 5, 2020, a true and correct copy of the Notice of Mortgage Payment Change was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the following at the address shown below:

John Hebal, Jr.            1050 N. James St. Hazleton, PA 18202

By: /s/ Vicki Pringle
Vicki Pringle
PNC Bank, N.A.
PO Box 94982
Cleveland OH 44101
855-245-3814