**Fill in this information to identify the case:**

Debtor 1: John Hebal, Jr.

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of Pennsylvania

Case number: 20-00284        MJC

## Official Form 410S1
# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** PNC Bank, N.A.

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: 8 4 6 2

**Date of payment change:**
Must be at least 21 days after date of this notice: 11/28/2022

**New total payment:** $ 293.88
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: Interest Rate Change

   Current interest rate: 6.64 %    New interest rate: 7.39 %

   Current principal and interest payment: $ 273.64    New principal and interest payment: $ 293.88

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Official Form 410S1    **Notice of Mortgage Payment Change**    page 1

| Debtor 1 | John Hebal, Jr. | Case number (if known) 20-00284 |
|---|---|---|
| | First Name    Middle Name    Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Marika Dienes          Date 11/7/2022
Signature

| Print: | Marika Dienes | Title | Bankruptcy Loan Analyst |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |
| Company | PNC Bank, N.A. | | |
| Address | PO Box 94982 | | |
| | Number    Street | | |
| | Cleveland        OH    44101 | | |
| | City        State    ZIP Code | | |
| Contact phone | 855-245-3814 | Email | bankruptcy.administration.internal@pnc.com |

Official Form 410S1        Notice of Mortgage Payment Change        page **2**
Case 5:20-bk-00284-MJC    Doc    Filed 11/07/22    Entered 11/07/22 07:51:08    Desc Main Document    Page 2 of 3

UNITED STATES BANKRUPTCY COURT

Middle District of Pennsylvania (Wilkes-Barre)

| IN RE: John Hebal, Jr. | Case No. 20-00284 <br> Judge Mark J Conway <br> Chapter 13 |
|---|---|

CERTIFICATE OF SERVICE OF
Notice of Mortgage Payment Change

I, the undersigned, hereby certify that, on 11/07/2022 a true and correct copy of the Notice of Mortgage Payment Change was electronically served upon the following using the Court's CM/ECF system:

Debtor's Attorney: Tullio DeLuca
Trustee: Jack N Zaharopoulos
Office of the United States Trustee

Further, I certify that, on 11/07/2022 a true and correct copy of the Notice of Mortgage Payment Change was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the following at the address shown below:

John Hebal, Jr.   1050 N. James St.
                  Hazleton, PA 18202

By: /s/ Marika Dienes
Marika Dienes
PNC Bank, N.A.
PO Box 94982
Cleveland OH 44101
855-245-3814